RECEIVED
USDC CLERK, COLUMBIA, SC

2022 FEB 25 AM 11: 17

(Form to be used by federal prisoners filing a civil action under 28 U.S.C. § 1331, civil action under 28 U.S.C. § 1346, or a Bivens action)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CORIEAL LAROME HOLMES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 9:22-cv-00595-DCC-MHC |
| ) | |
| ) | |
| ) | |
| ) | Complaint : 28 U.S.C. § 1331 |
| vs. ) | To be supplied by Clerk |
| ) | |
| BORCK, (FNU), Registered Nurse ) | 28 U.S.C. § 1331 (Bivens Action) |
| located at FCI-Williamsburg. ) | 28 U.S.C. § 1331 & 1343(a)(3) |
| ) | Declaratory Relief: 28USC § 2201 |
| Defendant. ) | & 2202: Injunctive Relief, 28 USC |
| ) | § 2283 & 2284 and Rule 65 of the |
| ) | Federal Rules of Civil Procedure: |
| ) | |

RECEIVED USDC CLERK, CHARLESTON, SC 2022 FEB 28 AM 10: 4

(Enter above the full name of each defendant in this action. Do not use "et al.")

I.  PREVIOUS LAWSUITS:

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? ☐Yes ☒No

B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper the same size as this one, and give the same information about the additional case of cases.)

1.  Approximate date of filing lawsuit: _____

2.  Parties to previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

3.  Court: (If federal, name the district; if state, name the county.) _____

4.  Docket Number: _____

5.  Name of Judge to whom case was assigned: _____

1

6.    Disposition: (Was the case dismissed? appealed? still pending?)

_____

_____

_____

_____

7.    Approximate date of disposition: _____

II.    PLACE OF PRESENT CONFINEMENT: FCI-Williamsburg, P.O. Box 340

Salters, S.C. 29590 _____

A.    Did you present the facts relating to your present complaint in the internal prison grievance procedure? [X]Yes [ ]No

1.    If your answer to "A" above is "Yes," what was the result?
Denied _____

_____

_____

_____

2.    If your answer to "A" above is "No," explain.

_____

_____

_____

_____

B.    Did you present your claim to the Federal Bureau of Prisons or other federal agency for administrative action? [X]Yes [ ]No

1.    If your answer is "yes," state the date such claim was submitted and what action, if any, has been taken.

6/25/19 Response received on 5/31/19 denied(BP-8)

7/25/19 Response recieved on 8/15/19 denied(BP-9)

9/16/19 Response received on 5/05/20 denied(BP-10)

2/29/19 Failed to Respond to(BP-11)

Entire Grievance Procedure denied See Attachments

_____

_____

_____

2

2. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning your claim.

C. Are you suing for a work-related injury? ☐Yes ☒No

If your answer is "Yes," state the nature of your duties you were performing when the injury occurred.

_____

_____

_____

_____

III. PARTIES TO THIS SUIT:

A. Name and address of each plaintiff (please include prison number):
Corieal Larome Holmes, Reg. No. 33799-058

FCI-Williamsburg, P.O. Box 340 Salters, S.C. 29590

_____

_____

_____

B. Full name of each defendant, his or her official position, his or her place of employment, and his or her full mailing address.

Defendant # 1:
RN Borck, Registered Nurse, Health Services,

FCI-Williamsburg, P.O. Box 220, Salters, S.C. 29590

Defendant # 2:

_____

_____

Defendant # 3:

_____

_____

Defendant # 4:

_____

_____

3

STATEMENT OF CLAIM:

## I. JURISDICTION & VENUE

1.    This is a civil action authorized by title 28 U.S.C. § 1331 to redress the deprivation, under color of federal law of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3). Plaintiff Holmes seeks declaratory relief pursuant to 28 U.S.C. § 2201 and 2202. Plaintiff Holmes claims for injunctive relief are authorized by 28 U.S.C. § 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.    The District of South Carolina is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFFS

3.    Plaintiff Corieal Larome Holmes, is and was at all time mentioned herein a prisoner of the Federal Government, in the Custody of the Federal Bureau of Prisons. He is currently confined at the FCI-Williamsburg located in Salters, S.C.

## III. DEFENSANTS

4.  Defendant Nurse Borck, is a regsiterd nurse employed by the Health Services located at FCI-Williamsburg, Salters, S.C. and is responsible for the Health and Welfare of all the inmates of that facility.

## IV. FACTS

5.    Holmes has been in Federal Custody since August 18, 2017 when he was housed in the Mecklenburg County jail a Contracted Federal Holding facilty for the Federal Buresu of Prisons.

4.

STATEMENT OF CLAIM:

6.    On April 15, 2019 Holmes was transferred from Mecklenburg County jail in Charlotte, North Carolina to USP Atlanta, GA. Where upon his arrival at USP Atlanta, he was seen by an intake physican at which time he informed the physican of the apecific medications he was required to take. While at this initial screening, he informed the physican that he also suffered from sleep apnea and would need a room with a working outlet for his C-pap machine. The physican told Holmes that he was going to look at his medical files and place the order for all his medications. Before leaving his office Holmes stressed that the most important of his medications was "Effient" which he took in order to keep the "stent" in his heart from clogging.

7.    On 4/17/2019, while at USP Atlanta, Holmes was provided his medications, however, the most important medicine "Effient" was not included. Holmes immediately informed the officer on duty of this medical emergency, which was the same officer Holmes had informed about needing a room with a working outlet for his C-pap machine. This officer sent Holmes to the nurses station where he was told that his medications and a room with a working outlet would be provided to him, Holmes was deprived of his life saving medications "Effient" for over a week.

8.    On April 19., 2019, Holmes was transferred from USP Atlanta to FCI-Williamsburg, South Carolina. Upon his arrival he was initially screened by Nurse Borck, Holmes informed Nurse Borck about his heart medications and that he had not received them since leaving Mecklenburg, North Carolina on April 15, 2019. Weeks went by without having his medication.

5.

STATEMENT OF CLAIM:

Homes submitted numerous cop-outs stressing his concerns over not having his medications.

9.   On May 5th., 2019, during the 4:00 p.m. count, Holmes was forced to push the emergency distress button located in his cell due to him have severe chest pains. Holmes took his nitro tablets and told Officer Carrion that he was having a heart attack. Officer Carrion informed Holmes that medical services (Health Services) asked him to wait until count cleared.

10.   Holmes continued to push the distress button until officer Carrion returned and infomred Holmes that medical staff was on the was. Nurse Borck, placed Holmes on a medical cart and transported him to medical where he gave Holmes an EKG and stated that Holmes was having a heart attack. Nurse Borck left the room and returned later with the medication "Effient" that Holmes had been deprived of for over a month, and asked him to try to take it, but it would not stay down. Lieutenant; Hankerson, arrived at medical and told medical staff to take Holmes to an outside hospital for emergency treatment.

11.   Holmes was placed in an EMT transported vehicle and taken to Kingstree Hospital where they attempted to stablize Holmes. After approximately one hour Holmes was rushed to McCloud Medical Center in Florence,South Carolina, where he was immediately rushed into emergency surgery to balloon his heart stents open. Holmes remained in this Hospital until Wednesday May 8th., 2019. While interacting with medical staff, nuses and doctors, informed Holmes that his stents had cloased due to not having his heart medication "Effient"

6.

V.   RELIEF: State briefly exactly what you want the court to do for you. Make no legal
arguments. Cite no cases or statutes.

The court should grant the relief prayed for in the brief
based on Defendant, Nurse Borck's documented deliberate and indifference
to Plaintiff's serious medical needs, his failure to provide Plaintiff
with the medication "Effient" resulted in Plaintiff having a heart
attack, and would have died if it had not been for the quick thinking
of Lieutenant Hankerson's order to take him to an outside medical
facility for emergency treatment. Plaintiff prays for this Court to
grant all relief requested in the brief.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and
correct.

_____
(Signature of plaintiff)

Signed this _____22_____ day of ____Feb_____, 20_22_.
                (date)                    (month)              (year)

6

STATEMENT OF CLAIM:

## V. EXHAUSTION OF LEGAL REMEDIES

12.  Plaintiff used the prisoner grievance procedure available at the Federal Correctional Facility in an attempt to resolve the issue, on 6/25/2019 Holmes presented the facts relating to this complaint, On 5/31/2019 he received a response denying his attempt. On 7/25/2019 Holmes presented an appeal to the Warden seeking resolution, on 8/15/2019, Holmes received a response of denial. On 9/16/2019, Holmes submitted a Regional Appeal, and on 5/05/2020 Holmes received a response of denial. On 2/29/2020 Holmes submitted a central appeal to the Federal Bureau of Prisons Central Office and this Office has thus far refused to respond to Holmes appeal. Basically the entire Grievance procedure has been denied see Attachments. Wherefore, Holmes has exhausted all legal remedies.

## VI. LEGAL CLAIMS

13.  Plaintiff, Holmes realleges and incorporate by reference paragraphs 1 - 13.

14.  Defendant Nurse Borck, committed deliberate indifference to an inmates serious heart conditions by refusing to provide him the required medication "Effient" that resulted in Holmes having a heart attack, thereby violating his rights under the Eighth Amendment of the United States Constitution and cause Plaintiff pain , suffering, physical injury and emotional distress.

15.  Defendant Nurse Borck, used and constinues to use deliberate indifference against Holmes serious medical problems (Heart Condition)

STATEMENT OF CLAIM:

by refusing to provide him with the required medication "Effient" that keeps his heart stents from clogging and causing a heart attack thereby his actions violated Holmes Rights under the Eighth Amendment to the United States Constitution and caused and continues to cause pain, suffering, physical injury and emotional stress.

16.   Defendant Nurse Borck's illegal action, failing to correct that misconduct/ deliberate indifference is also violating Holmes rights under the Eighth Amendment to the United States Constitution.

17.   Plaintiff, Holmes, has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendant unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VII. PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays that this court enter judgment:

18.   Granting Plaintiff Holmes a declaration taht the acts and ommissions described herein violate his rights under the Constitution and laws of the United States.

19.   A Preliminary and permanant injunction ordering defendant Nurse Borck to cease his deliberate indifference to Holmes serious issues and refusing to provide him with "Effient" to protect his heart.

20.   Granting Plaintiff Holmes compensatory damages in the amount of $250,000.00 against defendant severally.

8.

STATEMENT OF CLAIM:

21.  Plaintiff also seeks a jury trial on all issues triable by jury,

22.  Plaintiff also seeks recovery of all and/or any costs in this suit, and

23.  Any additional relief this court deems just, proper, and equitable.

Dated this the 22 day of Feb 2022

Respectfully submitted

*Corieal Holmes*
Corieal Larome Holmes
Reg. No. 33799-058
FCI-Williamsburg
P.O. Box 340
Salters, S.C. 29590

Nurse Borck
Health Services
FCI-Williamsburg
P.O. Box 220
Salters, S.C. 29590

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters, alleged therein are true, correct and complete, I certify under the penalty of perjury that the foregoing is trus and correct.

Executed this the 22 day of Feb 2022

*Corieal Holmes*
Corieal Larome Holmes

9.